CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC 12 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOVEL QUINTANILLA, | ) |
| Plaintiff, | ) Civil Action No. 7:05-CV-00693 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| B.A. BLEDSOE, | ) By: Hon. Jackson L. Kiser |
| Defendant. | ) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). All other pending motions are hereby **DENIED** as moot and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 12th day of December, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge